```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                Case No. 18-04767-JJT
James Eugene Pisa                                                                     Chapter 13
Elizabeth Janet Pisa
         Debtors                            CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis                 Page 1 of 2                   Date Rcvd: Nov 13, 2018
                              Form ID: 309I                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             +James Eugene Pisa,    200 Carter St.,    Old Forge, PA 18518-2123
jdb            +Elizabeth Janet Pisa,    200 Carter St.,    Old Forge, PA 18518-2123
5129566        +Affirm, Inc.,    650 California St., Fl 12,    San Francisco, CA 94108-2716
5129572        +Community Bank, N.A.,    45-49 Court Street,    P.O. Box 509,    Canton, NY 13617-0509
5129575        +Domiano Eye Care,    189 N. Main St.,    Old Forge, PA 18518-1755
5129584        +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,    Scranton, PA 18503-1716
5129585        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5129587        +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street, Suite 1400,
                 Philadlephia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: tullio.deluca@verizon.net Nov 13 2018 19:04:15      Tullio DeLuca,
                 381 N. 9th Avenue,    Scranton, PA 18504
tr             +E-mail/Text: dehartstaff@pamd13trustee.com Nov 13 2018 19:04:42
                 Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 13 2018 19:04:34      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5129565        +E-mail/Text: seinhorn@ars-llc.biz Nov 13 2018 19:04:45      Ability Recovery Svcs. LLC,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
5129567        +E-mail/Text: khaffn@allied-services.org Nov 13 2018 19:04:35      Allied Services,
                 Attn: Kelly Haffner, Collection Coordina,    100 Abington Executive Park,
                 Clarks Summit, PA 18411-2260
5129568        +EDI: CAPITALONE.COM Nov 14 2018 00:08:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
5129569        +E-mail/Text: bankruptcy@cavps.com Nov 13 2018 19:04:39      Cavalry Portfolio Services,
                 500 Summit Lake Dr. Ste 4A,    Valhalla, NY 10595-2323
5129570         EDI: WFNNB.COM Nov 14 2018 00:08:00      Comenity Bank/Boscov’s,   Bankruptcy Department,
                 P.O. Box 183043,    Columbus, OH 43218-3043
5129571         EDI: WFNNB.COM Nov 14 2018 00:08:00      Comenity Bank/Gander Mountain,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
5129573        +EDI: RCSFNBMARIN.COM Nov 14 2018 00:08:00      CreditOne,   P.O. Box 98873,
                 Las Vegas, NV 89193-8873
5129574         EDI: RCSDELL.COM Nov 14 2018 00:08:00      Dell Financial Services,    12334 North IH 35,
                 Austin, TX 78753
5129577         EDI: PHINAMERI.COM Nov 14 2018 00:08:00      GM Financial,   P.O. Box 181145,
                 Arlington, TX 76096-1145
5129578        +EDI: HFC.COM Nov 14 2018 00:08:00      HSBC Card Services,   P.O. Box 80084,
                 Salinas, CA 93912-0084
5129579         EDI: IRS.COM Nov 14 2018 00:08:00      Internal Revenue Service,    Special Procedures Branch,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5129582         EDI: JEFFERSONCAP.COM Nov 14 2018 00:08:00      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303-2198
5129581         EDI: JEFFERSONCAP.COM Nov 14 2018 00:08:00      Jefferson Capital Systems, LLC,    P.O. Box 7999,
                 St. Cloud, MN 56302
5129583         EDI: CBSKOHLS.COM Nov 14 2018 00:08:00      Kohl’s,   P.O. Box 3004,   Milwaukee, WI 53201-3004
5129586        +EDI: TSYS2.COM Nov 14 2018 00:08:00      Macy’s,   Attn: Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
5129588        +EDI: MERRICKBANK.COM Nov 14 2018 00:08:00      Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
5129589        +EDI: MID8.COM Nov 14 2018 00:08:00      Midland Funding, LLC,   2365 Northside Drive, Ste. 300,
                 San Diego, CA 92108-2709
5129590        +E-mail/Text: Bankruptcies@nragroup.com Nov 13 2018 19:04:49      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5129591        +EDI: AGFINANCE.COM Nov 14 2018 00:08:00      OneMain Financial Bankruptcy Dept.,    P.O. Box 6042,
                 Sioux Falls, SD 57117-6042
5129592         EDI: PRA.COM Nov 14 2018 00:08:00      Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502
5129627        +EDI: PRA.COM Nov 14 2018 00:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5129593        +E-mail/Text: jennifer.chacon@spservicing.com Nov 13 2018 19:04:50
                 Select Portfolio Servicing, Inc.,    Attn: Bankruptcy,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
5129594         EDI: RMSC.COM Nov 14 2018 00:08:00      Synchrony Bank/Amazon,   Attn: Bankruptcy Dept.,
                 P.O. Box 965060,    Orlando, FL 32896-5060
5129595         EDI: RMSC.COM Nov 14 2018 00:08:00      Synchrony Bank/CareCredit,    Attn: Bankruptcy Dept.,
                 P.O. Box 965061,    Orlando, FL 32896-5060
5129596         EDI: RMSC.COM Nov 14 2018 00:08:00      Synchrony Bank/Walmart,   Attn: Bankruptcy Dept.,
                 P.O. Box 965060,    Orlando, FL 32896-5060
5129597        +EDI: WTRRNBANK.COM Nov 14 2018 00:08:00      Target National Bank,   c/o Target Credit Services,
                 P.O. Box 1581,    Minneapolis, MN 55440-1581
5129598        +EDI: VERIZONCOMB.COM Nov 14 2018 00:08:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,   Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 30
```

```
District/off: 0314-5           User: KADavis            Page 2 of 2              Date Rcvd: Nov 13, 2018
                               Form ID: 309I            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5129576*         +Elizabeth Janet Pisa,    200 Carter St.,    Old Forge, PA 18518-2123
5129580*         +James Eugene Pisa,    200 Carter St.,    Old Forge, PA 18518-2123
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Tullio  DeLuca    on behalf of Debtor 1 James Eugene Pisa tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Elizabeth Janet Pisa tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James Eugene Pisa** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–1806 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Elizabeth Janet Pisa** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–0997 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed for chapter 13 | November 10, 2018 |
| Case number: | 5:18–bk–04767–JJT | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | James Eugene Pisa | Elizabeth Janet Pisa |
| 2. | **All other names used in the last 8 years** | aka James E. Pisa, aka James Pisa | aka Elizabeth J. Pisa, aka Elizabeth Pisa |
| 3. | **Address** | 200 Carter St. <br> Old Forge, PA 18518 | 200 Carter St. <br> Old Forge, PA 18518 |
| 4. | **Debtor's attorney** <br> Name and address | Tullio DeLuca <br> 381 N. 9th Avenue <br> Scranton, PA 18504 | Contact phone 570 347–7764 <br> Email: tullio.deluca@verizon.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Charles J DeHart, III (Trustee) <br> 8125 Adams Drive, Suite A <br> Hummelstown, PA 17036 | Contact phone 717 566–6097 <br> Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM <br> Contact phone (570) 831–2500 <br> Date: November 13, 2018 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

Official Form 309I  **Notice of Chapter 13 Bankruptcy Case**  page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 17, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | **Location:**<br>**Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: February 15, 2019** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: January 19, 2019** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: May 9, 2019** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |