```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04767-JJT
James Eugene Pisa                                                   Chapter 13
Elizabeth Janet Pisa
         Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: KADavis              Page 1 of 1              Date Rcvd: Nov 13, 2018
                              Form ID: ntdeffil          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db/jdb         +James Eugene Pisa,    Elizabeth Janet Pisa,    200 Carter St.,   Old Forge, PA 18518-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                   Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Tullio  DeLuca    on behalf of Debtor 1 James Eugene Pisa tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Elizabeth Janet Pisa tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>James Eugene Pisa,<br>aka James E. Pisa, aka James Pisa,<br><br>    **Debtor 1**<br><br>Elizabeth Janet Pisa,<br>aka Elizabeth J. Pisa, aka Elizabeth Pisa,<br><br>    **Debtor 2** | Chapter    13<br><br>Case No.    5:18−bk−04767−JJT |

## Notice

Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above−referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- 106Sum − Summary of Your Assets and Liabilities and Certain Statistical Information.
- 106Dec − Declaration About an Individual Debtor's Schedules.
- 106A/B − Schedule A/B: Property.
- 106C − Schedule C: The Property You Claim as Exempt.
- 106D − Schedule D: Creditors Who Have Claims Secured by Property.
- 106E/F − Schedule E/F: Creditors Who Have Unsecured Claims.
- 106G − Schedule G: Executory Contracts and Unexpired Leases.
- 106H − Schedule H: Your Codebtors.
- 106I − Schedule I: Your Income.
- 106J − Schedule J: Your Expenses:
- 106J−2 − Schedule J: Expenses for Separate Household of Debtor 2.
- 107 − Statement of Financial Affairs for Individuals Filing for Bankruptcy.
- Employee Income Records (Payment Advices) − received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). Social Security Number should be redacted.
- 122C−1 − Chapter 13 Statement of Your Current Monthly Income and Calcuation of Commitment Period.
- 122C−2 − Chapter 13 Calcuation of Your disposal Income.
- 2030 − Disclosure of Compensation of Attorney for Debtor.
- Chapter 13 Plan. Local Bankruptcy Form 3015−1

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 13, 2018 |

ntdeffil (Notice of Deficient Filing) (05/18)