UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES EUGENE PISA
AKA: JAMES PISA, JAMES E. PISA
ELIZABETH JANET PISA
AKA: ELIZABETH J. PISA,
ELIZABETH PISA

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-18-04767-JJT

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on November 27, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on November 10, 2018.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   - **CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES EUGENE PISA
AKA: JAMES PISA, JAMES E. PISA
ELIZABETH JANET PISA
AKA: ELIZABETH J. PISA, ELIZABETH PISA

CHAPTER 13

CASE NO: 5-18-04767-JJT

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on November 10, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

Date: **January 8, 2019**
Time: **09:30 AM**
Location: **U.S. Bankruptcy Court**
**Max Rosenn U.S. Courthouse**
**Courtroom #2**
**197 S. Main Street**
**Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **December 11, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: November 27, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES EUGENE PISA
AKA: JAMES PISA, JAMES E. PISA
ELIZABETH JANET PISA
AKA: ELIZABETH J. PISA, ELIZABETH PISA

CHAPTER 13

CASE NO: 5-18-04767-JJT

Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 27, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| JAMES EUGENE PISA<br>ELIZABETH JANET PISA<br>200 CARTER ST.<br>OLD FORGE, PA 18518 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2018

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES EUGENE PISA
AKA: JAMES PISA, JAMES E. PISA
ELIZABETH JANET PISA
AKA: ELIZABETH J. PISA,
ELIZABETH PISA

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-04767-JJT

vs.

JAMES EUGENE PISA
AKA: JAMES PISA, JAMES E. PISA
ELIZABETH JANET PISA
AKA: ELIZABETH J. PISA,
ELIZABETH PISA

MOTION TO DISMISS

    Respondent(s)

## ORDER DISMISSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.