| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R9 / XIO 23574771 | 01/10 | 891926 | 1 of 1 |

Midlantic Engineering Inc
120 Commerce Road
Pittston TWP, PA 18640

# Earnings Statement

Period Starting: 10/25/2018
Period Ending: 10/31/2018
Pay Date: 11/01/2018

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal: 3                  Federal:
  State: 0                    State:
  Local: 0                    Local:
Social Security Number: XXX-XX-XXXX

James Pisa
200 Carter Street
Old Forge, PA 18518

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| P-Reg | 25.6700 | 28.00 | 718.76 | 23195.61 |
| P-OT | | | 0.00 | 1577.29 |
| Vacation | | | 0.00 | 931.52 |
| Holiday | | | 0.00 | 948.46 |
| **Gross Pay** | | | **$718.76** | **$26,652.88** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -25.72 | 1147.23 |
| Social Security | -44.56 | 1652.48 |
| Medicare | -10.43 | 386.47 |
| Pennsylvania State Income | -22.07 | 818.23 |
| Pennsylvania State UI | -0.43 | 16.00 |
| Pittston T Local Income | -7.19 | 266.49 |
| Pittston Twp Local Services | -1.00 | 35.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Expense | 0.00 | 1538.90 |

**Net Pay** $607.36

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 955.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8176 | XXXXXXXXX | 607.36 |

Vacation 20 hrs

Your federal taxable wages this period are $718.76
* Excluded from Federal taxable wages

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

Midlantic Engineering Inc
120 Commerce Road
Pittston TWP, PA 18640

Pay Date: 11/01/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8176 | XXXXXXXXX | 607.36 |

**THIS IS NOT A CHECK**



James Pisa
200 Carter Street
Old Forge, PA 18518

X_____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTION USE

| | |
|---|---|
| 🔒 | Padlock design is a certification mark of the Check Payment Systems Association. |

The security features listed below as well as those not listed, exceed industry guidelines. Absence of these features may indicate alteration.

| Security Features | Purpose |
|---|---|
| MP Microprint: | Tiny type on front and back of document fills in to form solid lines when scanned or photocopied |
| Security Pantograph: | Copy resistant security pantograph on front of document discourages clear duplication |
| Warning Bands/MP Padlock Logo. | Warns receivers to be aware of detailed security features. |
| MICR Penetrating Ink: | Prevents chemical lifting and alteration of imprint information. |

*FEDERAL RESERVE BOARD OF GOVERNORS REG CC