UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                              Bankr. Case No. 18-04767-JJT-13

ELIZABETH J. PISA and JAMES E. PISA                                   Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-04767-JJT-13

ELIZABETH J. PISA and JAMES E. PISA  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 28, 2018 :

TULLIO DELUCA  
381 N 9TH AVE  
SCRANTON, PA  18504

Charles J. DeHart III  
8125 Adams Drive  
Suite A  
Hummelstown, PA 17036

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx13784 / 974266