IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

JAMES AND ELIZABETH PISA ) Chapter: 13
) Case Number: 5-18-04767
)
DEBTOR(S) )

CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 29, 2018, I served a copy of Debtors' Chapter 13 Plan, and Certificate of Service on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Mark E. Tryniski, President and CEO<br>Community Bank, NA<br>45-49 Court Street<br>Canton, NY 13617 | Certified Mail, Return Receipt Requested (70171450000127922343) |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 11/29/18      Name:      /s/Tullio DeLuca
                    (*Printed Name of Attorney*)
                    Address:   381 N. 9th Avenue
                               Scranton, PA 18504
                               570-347-7764