# Employee Check History
## For 05/01/2018 thru 10/31/2018

PISA, ELIZABETH J    Building:10    Class:AIDE    Tax Marital Status:S    Exemptions: 0    Benefit Amt:    $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0032550 | 323.56 | Pay | 608.18 | 608.18 | 0.00 | 426.06 | 471.67 | 471.67 | 608.18 | 471.67 | 608.18 | 471.67 |
| Check Date 05/11/2018 | | YTD | 608.18 | 608.18 | 0.00 | 426.06 | 471.67 | 471.67 | 608.18 | 471.67 | 608.18 | 471.67 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 38.41 | 29.24 | 6.84 | 45.61 | 14.48 | 0.36 | 4.72 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 38.41 | 29.24 | 6.84 | 45.61 | 14.48 | 0.36 | 4.72 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 14081.74 | Pay | 8.45 | 136.51 |
| 11555.42 | YTD | 8.45 | 136.51 |

PISA, ELIZABETH J    Building:10    Class:AIDE    Tax Marital Status:S    Exemptions: 0    Benefit Amt:    $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0032712 | 323.56 | Pay | 608.18 | 608.18 | 0.00 | 426.06 | 471.67 | 471.67 | 608.18 | 471.67 | 608.18 | 471.67 |
| Check Date 05/25/2018 | | YTD | 1216.36 | 1216.36 | 0.00 | 852.12 | 943.34 | 943.34 | 1216.36 | 943.34 | 1216.36 | 943.34 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 38.41 | 29.24 | 6.84 | 45.61 | 14.48 | 0.36 | 4.72 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 76.82 | 58.48 | 13.68 | 91.22 | 28.96 | 0.72 | 9.44 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 14689.92 | Pay | 8.45 | 136.51 |
| 12163.60 | YTD | 16.90 | 273.02 |

PISA, ELIZABETH J    Building:10    Class:AIDE    Tax Marital Status:S    Exemptions: 0    Benefit Amt:    $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0032873 | 323.56 | Pay | 608.18 | 608.18 | 0.00 | 426.06 | 471.67 | 471.67 | 608.18 | 471.67 | 608.18 | 471.67 |
| Check Date 06/08/2018 | | YTD | 1824.54 | 1824.54 | 0.00 | 1278.18 | 1415.01 | 1415.01 | 1824.54 | 1415.01 | 1824.54 | 1415.01 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 38.41 | 29.24 | 6.84 | 45.61 | 14.48 | 0.36 | 4.72 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 115.23 | 87.72 | 20.52 | 136.83 | 43.44 | 1.08 | 14.16 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 15298.10 | Pay | 8.45 | 136.51 |
| 12771.78 | YTD | 25.35 | 409.53 |

# Employee Check History
For 05/01/2018 thru 10/31/2018

pyregemp

| | | PISA, ELIZABETH J | Building:10 | Class:AIDE | Tax Marital Status:S | | Exemptions: 0 | Benefit Amt: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Check No** | **Net Pay** | **Grosses** | **Total** | **Salary** | **Hourly** | **Federal** | **Soc Sec** | **Medic** | **Retire** | **State** | **Unemp** | **Local** |
| D0033049 | 323.56 | Pay | 608.18 | 608.18 | 0.00 | 426.06 | 471.67 | 471.67 | 608.18 | 471.67 | 608.18 | 471.67 |
| **Check Date** 06/22/2018 | | YTD | 2432.72 | 2432.72 | 0.00 | 1704.24 | 1886.68 | 1886.68 | 2432.72 | 1886.68 | 2432.72 | 1886.68 |
| **Time** | **Days** | **Hours** | **OT Hours** | **Other** | **Mandatory** | **Federal** | **Soc Sec** | **Medic** | **Retire** | **State** | **Unemp** | **Local** | **LST** |
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 38.41 | 29.24 | 6.84 | 45.61 | 14.48 | 0.36 | 4.72 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 153.64 | 116.96 | 27.36 | 182.44 | 57.92 | 1.44 | 18.88 | 0.00 |
| | Fiscal/Teach | Voluntary | DUES | HEAL | | | | | | | | | |
| | 15906.28 | Pay | 8.45 | 136.51 | | | | | | | | | |
| | 13379.96 | YTD | 33.80 | 546.04 | | | | | | | | | |

| | | PISA, ELIZABETH J | Building:10 | Class:AIDE | Tax Marital Status:S | | Exemptions: 0 | Benefit Amt: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Check No** | **Net Pay** | **Grosses** | **Total** | **Salary** | **Hourly** | **Federal** | **Soc Sec** | **Medic** | **Retire** | **State** | **Unemp** | **Local** |
| D0033180 | 316.49 | Pay | 608.18 | 608.18 | 0.00 | 417.02 | 462.63 | 462.63 | 608.18 | 462.63 | 608.18 | 462.63 |
| **Check Date** 07/06/2018 | | YTD | 3040.90 | 3040.90 | 0.00 | 2121.26 | 2349.31 | 2349.31 | 3040.90 | 2349.31 | 3040.90 | 2349.31 |
| **Time** | **Days** | **Hours** | **OT Hours** | **Other** | **Mandatory** | **Federal** | **Soc Sec** | **Medic** | **Retire** | **State** | **Unemp** | **Local** | **LST** |
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 37.50 | 28.68 | 6.71 | 45.61 | 14.20 | 0.36 | 4.63 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 191.14 | 145.64 | 34.07 | 228.05 | 72.12 | 1.80 | 23.51 | 0.00 |
| | Fiscal/Teach | Voluntary | DUES | HEAL | | | | | | | | | |
| | 16514.46 | Pay | 8.45 | 145.55 | | | | | | | | | |
| | 13988.14 | YTD | 42.25 | 691.59 | | | | | | | | | |

| | | PISA, ELIZABETH J | Building:10 | Class:AIDE | Tax Marital Status:S | | Exemptions: 0 | Benefit Amt: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Check No** | **Net Pay** | **Grosses** | **Total** | **Salary** | **Hourly** | **Federal** | **Soc Sec** | **Medic** | **Retire** | **State** | **Unemp** | **Local** |
| D0033294 | 316.49 | Pay | 608.18 | 608.18 | 0.00 | 417.02 | 462.63 | 462.63 | 608.18 | 462.63 | 608.18 | 462.63 |
| **Check Date** 07/20/2018 | | YTD | 3649.08 | 3649.08 | 0.00 | 2538.28 | 2811.94 | 2811.94 | 3649.08 | 2811.94 | 3649.08 | 2811.94 |
| **Time** | **Days** | **Hours** | **OT Hours** | **Other** | **Mandatory** | **Federal** | **Soc Sec** | **Medic** | **Retire** | **State** | **Unemp** | **Local** | **LST** |
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 37.50 | 28.68 | 6.71 | 45.61 | 14.20 | 0.36 | 4.63 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 228.64 | 174.32 | 40.78 | 273.66 | 86.32 | 2.16 | 28.14 | 0.00 |
| | Fiscal/Teach | Voluntary | DUES | HEAL | | | | | | | | | |
| | 17122.64 | Pay | 8.45 | 145.55 | | | | | | | | | |
| | 14596.32 | YTD | 50.70 | 837.14 | | | | | | | | | |

# Employee Check History
## For 05/01/2018 thru 10/31/2018

PISA, ELIZABETH J    Building:10    Class:AIDE    Tax Marital Status:S    Exemptions: 0    Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0033411 | 316.49 | Pay | 608.18 | 608.18 | 0.00 | 417.02 | 462.63 | 462.63 | 608.18 | 462.63 | 608.18 | 462.63 |
| Check Date 08/03/2018 | | YTD | 4257.26 | 4257.26 | 0.00 | 2955.30 | 3274.57 | 3274.57 | 4257.26 | 3274.57 | 4257.26 | 3274.57 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 37.50 | 28.68 | 6.71 | 45.61 | 14.20 | 0.36 | 4.63 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 266.14 | 203.00 | 47.49 | 319.27 | 100.52 | 2.52 | 32.77 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 17730.82 | Pay | 8.45 | 145.55 |
| 15204.50 | YTD | 59.15 | 982.69 |

---

PISA, ELIZABETH J    Building:10    Class:AIDE    Tax Marital Status:S    Exemptions: 0    Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0033532 | 316.49 | Pay | 608.18 | 608.18 | 0.00 | 417.02 | 462.63 | 462.63 | 608.18 | 462.63 | 608.18 | 462.63 |
| Check Date 08/17/2018 | | YTD | 4865.44 | 4865.44 | 0.00 | 3372.32 | 3737.20 | 3737.20 | 4865.44 | 3737.20 | 4865.44 | 3737.20 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 37.50 | 28.68 | 6.71 | 45.61 | 14.20 | 0.36 | 4.63 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 303.64 | 231.68 | 54.20 | 364.88 | 114.72 | 2.88 | 37.40 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 18339.00 | Pay | 8.45 | 145.55 |
| 15812.68 | YTD | 67.60 | 1128.24 |

---

PISA, ELIZABETH J    Building:10    Class:AIDE    Tax Marital Status:S    Exemptions: 0    Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0033653 | 429.35 | Pay | 608.18 | 608.18 | 0.00 | 562.57 | 608.18 | 608.18 | 608.18 | 608.18 | 608.18 | 608.18 |
| Check Date 08/31/2018 | | YTD | 5473.62 | 5473.62 | 0.00 | 3934.89 | 4345.38 | 4345.38 | 5473.62 | 4345.38 | 5473.62 | 4345.38 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 53.13 | 37.71 | 8.82 | 45.61 | 18.67 | 0.36 | 6.08 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 356.77 | 269.39 | 63.02 | 410.49 | 133.39 | 3.24 | 43.48 | 0.00 |

| Fiscal/Teach | Voluntary | DUES |
|---|---|---|
| 18947.18 | Pay | 8.45 |
| 16420.86 | YTD | 76.05 |

# Employee Check History

For 05/01/2018 thru 10/31/2018

pyregemp

## PISA, ELIZABETH J — Building:10  Class:AIDE  Tax Marital Status:S  Exemptions: 0  Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0033780 | 332.87 | Pay | 631.58 | 631.58 | 0.00 | 438.66 | 486.03 | 486.03 | 631.58 | 486.03 | 631.58 | 486.03 |
| Check Date 09/14/2018 | | YTD | 6105.20 | 6105.20 | 0.00 | 4373.55 | 4831.41 | 4831.41 | 6105.20 | 4831.41 | 6105.20 | 4831.41 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 39.67 | 30.13 | 7.05 | 47.37 | 14.92 | 0.38 | 4.86 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 396.44 | 299.52 | 70.07 | 457.86 | 148.31 | 3.62 | 48.34 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 19578.76 | Pay | 8.78 | 145.55 |
| 17052.44 | YTD | 84.83 | 1273.79 |

## PISA, ELIZABETH J — Building:10  Class:AIDE  Tax Marital Status:S  Exemptions: 0  Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0033912 | 332.87 | Pay | 631.58 | 631.58 | 0.00 | 438.66 | 486.03 | 486.03 | 631.58 | 486.03 | 631.58 | 486.03 |
| Check Date 09/28/2018 | | YTD | 6736.78 | 6736.78 | 0.00 | 4812.21 | 5317.44 | 5317.44 | 6736.78 | 5317.44 | 6736.78 | 5317.44 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 39.67 | 30.13 | 7.05 | 47.37 | 14.92 | 0.38 | 4.86 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 436.11 | 329.65 | 77.12 | 505.23 | 163.23 | 4.00 | 53.20 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 20210.34 | Pay | 8.78 | 145.55 |
| 17684.02 | YTD | 93.61 | 1419.34 |

## PISA, ELIZABETH J — Building:10  Class:AIDE  Tax Marital Status:S  Exemptions: 0  Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0034045 | 332.87 | Pay | 631.58 | 631.58 | 0.00 | 438.66 | 486.03 | 486.03 | 631.58 | 486.03 | 631.58 | 486.03 |
| Check Date 10/12/2018 | | YTD | 7368.36 | 7368.36 | 0.00 | 5250.87 | 5803.47 | 5803.47 | 7368.36 | 5803.47 | 7368.36 | 5803.47 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 39.67 | 30.13 | 7.05 | 47.37 | 14.92 | 0.38 | 4.86 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 475.78 | 359.78 | 84.17 | 552.60 | 178.15 | 4.38 | 58.06 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 20841.92 | Pay | 8.78 | 145.55 |
| 18315.60 | YTD | 102.39 | 1564.89 |

# Employee Check History
## For 05/01/2018 thru 10/31/2018

pyregemp

PISA, ELIZABETH J    Building:10    Class:AIDE    Tax Marital Status:S    Exemptions: 0    Benefit Amt: $0.00

| Check No | Net Pay | Grosses | Total | Salary | Hourly | Federal | Soc Sec | Medic | Retire | State | Unemp | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D0034181 | 332.87 | Pay | 631.58 | 631.58 | 0.00 | 438.66 | 486.03 | 486.03 | 631.58 | 486.03 | 631.58 | 486.03 |
| Check Date 10/26/2018 | | YTD | 7999.94 | 7999.94 | 0.00 | 5689.53 | 6289.50 | 6289.50 | 7999.94 | 6289.50 | 7999.94 | 6289.50 |

| Time | Days | Hours | OT Hours | Other | Mandatory | Federal | Soc Sec | Medic | Retire | State | Unemp | Local | LST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay | 0.00 | 0.00 | 0.00 | 0.00 | Pay | 39.67 | 30.13 | 7.05 | 47.37 | 14.92 | 0.38 | 4.86 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | YTD | 515.45 | 389.91 | 91.22 | 599.97 | 193.07 | 4.76 | 62.92 | 0.00 |

| Fiscal/Teach | Voluntary | DUES | HEAL |
|---|---|---|---|
| 21473.50 | Pay | 8.78 | 145.55 |
| 18947.18 | YTD | 111.17 | 1710.44 |

# Employee Check History
## For 05/01/2018 thru 10/31/2018

pyregemp

PISA, ELIZABETH J

| | |
|---:|---:|
| Net Pay | 4,321.03 |
| Total Gross | 7,999.94 |
| Salary Gross | 7,999.94 |
| Hourly Gross | 0.00 |
| Benefits | 0.00 |

| | Grosses | Taxes |
|---:|---:|---:|
| Federal | 5,689.53 | 515.45 |
| Social Security | 6,289.50 | 389.91 |
| Medicare | 6,289.50 | 91.22 |
| Retirement | 7,999.94 | 599.97 |
| State - PA | 6,289.50 | 193.07 |
| State - Non-PA | 0.00 | 0.00 |
| Unemp Comp | 7,999.94 | 4.76 |
| Local | 6,289.50 | 62.92 |

| | |
|---:|---:|
| Advanced EIC | 0.00 |
| LST | 0.00 |
| Deductions | 1,821.61 |

11/28/2018 09:04:14    OLD FORGE SCHOOL DISTRICT    Page 6