```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 18-04767-JJT
James Eugene Pisa                                                   Chapter 13
Elizabeth Janet Pisa
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis                Page 1 of 2         Date Rcvd: Dec 19, 2018
                              Form ID: ntcnfhrg            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db/jdb         +James Eugene Pisa,   Elizabeth Janet Pisa,   200 Carter St.,   Old Forge, PA 18518-2123
aty            +Community Bank, N.A. c/o James T. Shoemaker, Esqui,   600 Third Avenue,
                 Kingston, PA 18704-5815
cr             +Americredit Financial Services, Inc. Dba GM Financ,   P.O Box 183853,
                 Arlington, TX 76096-3853
5137644       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:  Americredit Financial Services, Inc.,   Dba GM Financial,
                  P.O Box 183853,   Arlington, TX 76096)
5129566        +Affirm, Inc.,   650 California St., Fl 12,   San Francisco, CA 94108-2716
5129572        +Community Bank, N.A.,   45-49 Court Street,   P.O. Box 509,   Canton, NY 13617-0509
5129574         Dell Financial Services,   12334 North IH 35,   Austin, TX  78753
5129575        +Domiano Eye Care,   189 N. Main St.,   Old Forge, PA 18518-1755
5129577         GM Financial,   P.O. Box 181145,   Arlington, TX 76096-1145
5129578        +HSBC Card Services,   P.O. Box 80084,   Salinas, CA 93912-0084
5129584        +Lackawanna County Tax Claim Bureau,   135 Jefferson Ave.,   Scranton, PA 18503-1716
5129585        +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
5129586        +Macy's,   Attn: Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
5129587        +McCabe, Weisberg and Conway, P.C.,   123 South Broad Street, Suite 1400,
                 Philadlephia, PA 19109-1060
5129597        +Target National Bank,   c/o Target Credit Services,   P.O. Box 1581,
                 Minneapolis, MN 55440-1581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5129565        +E-mail/Text: seinhorn@ars-llc.biz Dec 19 2018 19:12:16     Ability Recovery Svcs. LLC,
                 P.O. Box 4031,   Wyoming, PA 18644-0031
5129567        +E-mail/Text: khaffn@allied-services.org Dec 19 2018 19:12:02     Allied Services,
                 Attn: Kelly Haffner, Collection Coordina,   100 Abington Executive Park,
                 Clarks Summit, PA 18411-2260
5129568        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2018 19:22:18     Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
5129569        +E-mail/Text: bankruptcy@cavps.com Dec 19 2018 19:12:10     Cavalry Portfolio Services,
                 500 Summit Lake Dr. Ste 4A,   Valhalla, NY 10595-2323
5130064        +E-mail/Text: bankruptcy@cavps.com Dec 19 2018 19:12:10     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5129570         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2018 19:11:54     Comenity Bank/Boscov's,
                 Bankruptcy Department,   P.O. Box 183043,   Columbus, OH 43218-3043
5129571         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2018 19:11:54
                 Comenity Bank/Gander Mountain,   Bankruptcy Department,   P.O. Box 182125,
                 Columbus, OH 43218-2125
5129573        +E-mail/PDF: creditonebknotifications@resurgent.com Dec 19 2018 19:21:32     CreditOne,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
5129579         E-mail/Text: cio.bncmail@irs.gov Dec 19 2018 19:11:48     Internal Revenue Service,
                 Special Procedures Branch,   PO Box 7346,   Philadelphia, PA 19101-7346
5129582         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2018 19:12:07     Jefferson Capital Systems, LLC,
                 16 McLeland Road,   Saint Cloud, MN 56303-2198
5129581         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2018 19:12:07     Jefferson Capital Systems, LLC,
                 P.O. Box 7999,   St. Cloud, MN 56302
5129583         E-mail/Text: bnckohlsnotices@becket-lee.com Dec 19 2018 19:11:47     Kohl's,   P.O. Box 3004,
                 Milwaukee, WI 53201-3004
5131900         E-mail/Text: bkr@cardworks.com Dec 19 2018 19:11:42     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5129588        +E-mail/Text: bkr@cardworks.com Dec 19 2018 19:11:42     Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
5140485        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2018 19:12:01     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
5129589        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2018 19:12:01     Midland Funding, LLC,
                 2365 Northside Drive, Ste. 300,   San Diego, CA 92108-2709
5129590        +E-mail/Text: Bankruptcies@nragroup.com Dec 19 2018 19:12:20     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
5138137         E-mail/PDF: cbp@onemainfinancial.com Dec 19 2018 19:21:28     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5129591        +E-mail/PDF: cbp@onemainfinancial.com Dec 19 2018 19:22:16
                 OneMain Financial Bankruptcy Dept.,   P.O. Box 6042,   Sioux Falls, SD 57117-6042
5129592         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2018 19:33:14
                 Portfolio Recovery Associates LLC,   120 Corporate Blvd,   Norfolk, VA 23502
5129627        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2018 19:33:02
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5129593        +E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2018 19:12:20
                 Select Portfolio Servicing, Inc.,   Attn: Bankruptcy,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
5129594         E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 19:21:52     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0314-5           User: KADavis            Page 2 of 2             Date Rcvd: Dec 19, 2018
                               Form ID: ntcnfhrg        Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5129595         E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 19:21:52      Synchrony Bank/CareCredit,
                 Attn: Bankruptcy Dept.,    P.O. Box 965061,   Orlando, FL 32896-5060
5129596         E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 19:21:28      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
5129598        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 19 2018 19:11:43
                 Verizon Bankruptcy Dept.,   500 Technology Drive,   Suite 550,   Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5135936          Community Bank, NA, c/o James T. Shoemaker, Esquir
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5129576*        +Elizabeth Janet Pisa,    200 Carter St.,   Old Forge, PA 18518-2123
5129580*        +James Eugene Pisa,   200 Carter St.,   Old Forge, PA 18518-2123
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Community Bank, N.A. c/o James T. Shoemaker, Esquire
               jshoemaker@hkqpc.com
              Tullio  DeLuca    on behalf of Debtor 1 James Eugene Pisa tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Elizabeth Janet Pisa tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Eugene Pisa,
aka James E. Pisa, aka James Pisa,

**Debtor 1**

Elizabeth Janet Pisa,
aka Elizabeth J. Pisa, aka Elizabeth Pisa,

**Debtor 2**

Chapter 13

Case No. 5:18–bk–04767–JJT

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **January 29, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: February 5, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701  (570) 831–2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 19, 2018 |

ntcnfhrg (03/18)