Certificate Number: 15317-PAM-DE-032127465

Bankruptcy Case Number: 51-04767


15317-PAM-DE-032127465

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2019</u>, at <u>6:18</u> o'clock <u>AM PST</u>, <u>James E Pisa</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 8, 2019</u>  By: <u>/s/Eunice Francia</u>

Name: <u>Eunice Francia</u>

Title: <u>Counselor</u>

Certificate Number: 15317-PAM-DE-032127468

Bankruptcy Case Number: 51-04767


15317-PAM-DE-032127468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2019</u>, at <u>6:18</u> o'clock <u>AM PST</u>, <u>Elizaeth J Pisa</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 8, 2019</u>       By:   <u>/s/Eunice Francia</u>

                          Name: <u>Eunice Francia</u>

                          Title: <u>Counselor</u>