UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JAMES EUGENE PISA and       : CHAPTER 13
        ELIZABETH JANET PISA         :
            Debtor(s)                :
                                     :
        CHARLES J. DEHART, III       :
        STANDING CHAPTER 13 TRUSTEE  :
            Movant                   :
                                     :
        vs.                          :
                                     :
        JAMES EUGENE PISA and        :
        ELIZABETH JANET PISA         :
            Respondent(s)            : CASE NO.   5-18-bk-04767

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this  4th  day of March, 2019, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about December 19, 2018 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this  4th  day of March, 2019, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA   18504

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee