UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 1804767

In re: JAMES EUGENE PISA
ELIZABETH JANET PISA

Account Number: 5309

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 18 filed on or about 01/18/2019 in the amount of $1,063.98 .

On this 3/20/2019.


By: /s/ Paul R Van Schaik
Paul R Van Schaik, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com