```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04767-RNO
James Eugene Pisa                                               Chapter 13
Elizabeth Janet Pisa
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: KADavis          Page 1 of 1          Date Rcvd: May 22, 2019
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5130064        +E-mail/Text: bankruptcy@cavps.com May 22 2019 18:57:51      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Community Bank, N.A. c/o James T. Shoemaker, Esquire
               jshoemaker@hkqpc.com
              Tullio  DeLuca    on behalf of Debtor 1 James Eugene Pisa tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Elizabeth Janet Pisa tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JAMES EUGENE PISA | : | |
| aka JAMES E PISA | : | |
| aka JAMES PISA | : | |
| and ELIZABETH JANET PISA | : | |
| aka ELIZABETH J PISA | : | |
| aka ELIZABETH PISA | : | |
| Debtors | : | CASE NO.:  5-18-bk-04767 RNO |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| CAVALRY SPV I, LLC | : | |
| AS ASIGNEE OF HSBC BANK | : | |
| | : | |
| Claimant | : | |

## ORDER

AND NOW, at Wilkes Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 01 of Cavalry SPV I, LLC, and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 01 of Cavalry SPV I, LLC shall be disallowed.

Dated:  May 21, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)