# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JAMES EUGENE PISA
           AKA: JAMES PISA, JAMES E. PISA
           ELIZABETH JANET PISA
           AKA: ELIZABETH J. PISA, ELIZABETH PISA

           Debtor(s)

                                        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant                      CASE NO: 5-18-04767-HWV

           vs.

JAMES EUGENE PISA
AKA: JAMES PISA, JAMES E. PISA
ELIZABETH JANET PISA
AKA: ELIZABETH J. PISA, ELIZABETH PISA
           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 7, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>July 7, 2021</u>                    Respectfully submitted,

                                        /s/   Agatha R. McHale, Esquire
                                        ID:  47613
                                        Attorney for Movant
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JAMES EUGENE PISA
AKA: JAMES PISA, JAMES E. PISA
ELIZABETH JANET PISA
AKA: ELIZABETH J. PISA, ELIZABETH        CHAPTER 13
PISA

        Debtor(s)

                         CASE NO: 5-18-04767-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

        August 4, 2021 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1515.00**
**AMOUNT DUE FOR THIS MONTH:  $565.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE:  $2080.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

Dated:  July 7, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JAMES EUGENE PISA
          AKA: JAMES PISA, JAMES E. PISA
          ELIZABETH JANET PISA
          AKA: ELIZABETH J. PISA,          CHAPTER 13
          ELIZABETH PISA

               Debtor(s)
                                   CASE NO: 5-18-04767-HWV
          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
               Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 7, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

TULLIO DeLUCA, ESQUIRE                    UNITED STATES TRUSTEE
381 N 9TH AVENUE                          SUITE 1190
SCRANTON, PA 18504-                   228 WALNUT STREET
                                     HARRISBURG, PA 17101

Served by First Class Mail

JAMES EUGENE PISA
ELIZABETH JANET PISA
200 CARTER ST.
OLD FORGE, PA 18518

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 7, 2021                      Bobbie Weigel
                                    for Jack N. Zaharopoulos, Trustee
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JAMES EUGENE PISA
           AKA: JAMES PISA, JAMES E. PISA
           ELIZABETH JANET PISA
           AKA: ELIZABETH J. PISA,
           ELIZABETH PISA

                                   CHAPTER 13

            Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                 Movant                   CASE NO: 5-18-04767-HWV

           vs.

           JAMES EUGENE PISA                MOTION TO DISMISS
           AKA: JAMES PISA, JAMES E. PISA
           ELIZABETH JANET PISA
           AKA: ELIZABETH J. PISA,
           ELIZABETH PISA

**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.