## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:  James Eugene Pisa
     Elizabeth Janet Pisa

                                Case No.: 5-18-04767MJC

                                Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Community Bank |
| Court Claim Number: | 003 |
| Last Four of Loan Number: | 1806 |
| Property Address if applicable: | 200 Carter St, Old Forge |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,495.00 |
| b. | Prepetition arrearages paid by the trustee: | $3,495.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $3,495.00 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 31,2023            Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re: James Eugene Pisa
      Elizabeth Janet Pisa           Case No.: 5-18-04767MJC
            Debtor(s)

Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 31, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Tullio DeLuca, Esq
381 N 9th Ave
Scranton PA 18504

**Served by First Class Mail**
Community Bank N/A
c/o James Shoemaker, Esq
600 Third St.
Kingston PA 18704

James Eugene Pisa
Elizabeth Janet Pisa
200 Carter St
Old Forge PA 18518

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 31, 2023           /s/ Liz Joyce
                                      Office of the Standing Chapter 13 Trustee
                                      Jack N. Zaharopoulos
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      email: info@pamd13trustee.com

## Disbursements for Claim

**Case:** 18-04767    JAMES EUGENE PISA

**COMMUNITY BANK**
201 N UNION ST

OLEAN, NY   14760-

Sequence: 13
Modify:
Filed Date: 11/29/2018 12:00:00AM
Hold Code:

Acct No: 1806

CRAM @ 6%

| | | | | |
|---|---|---|---|---|
| Amt Sched: $3,191.00 | Debt: $3,495.00 | Interest Paid: $0.00 | | |
| Amt Due: $0.00 | Paid: $3,495.00 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **0030** | **COMMUNITY BANK** | | | | | | | |
| 003-0 | COMMUNITY BANK | | 01/19/2021 | 1225875 | $284.12 | $0.00 | $284.12 | 01/28/2021 |
| 003-0 | COMMUNITY BANK | | 12/10/2020 | 1224073 | $177.58 | $0.00 | $177.58 | 12/31/2020 |
| 003-0 | COMMUNITY BANK | | 11/03/2020 | 1223206 | $177.58 | $0.00 | $177.58 | 11/13/2020 |
| 003-0 | COMMUNITY BANK | | 09/17/2020 | 1221280 | $191.60 | $0.00 | $191.60 | 09/24/2020 |
| 003-0 | COMMUNITY BANK | | 08/12/2020 | 1220245 | $175.62 | $0.00 | $175.62 | 08/20/2020 |
| 003-0 | COMMUNITY BANK | | 07/07/2020 | 1219171 | $375.21 | $0.00 | $375.21 | 07/16/2020 |
| 003-0 | COMMUNITY BANK | | 06/02/2020 | 1218174 | $175.63 | $0.00 | $175.63 | 06/09/2020 |
| 003-0 | COMMUNITY BANK | | 05/06/2020 | 1217229 | $191.59 | $0.00 | $191.59 | 05/13/2020 |
| 003-0 | COMMUNITY BANK | | 03/12/2020 | 1214748 | $571.04 | $0.00 | $571.04 | 03/19/2020 |
| 003-0 | COMMUNITY BANK | | 01/16/2020 | 1212081 | $165.51 | $0.00 | $165.51 | 01/27/2020 |
| 003-0 | COMMUNITY BANK | | 12/12/2019 | 1210689 | $198.62 | $0.00 | $198.62 | 12/19/2019 |
| 003-0 | COMMUNITY BANK | | 11/07/2019 | 1209383 | $182.07 | $0.00 | $182.07 | 11/18/2019 |
| 003-0 | COMMUNITY BANK | | 09/26/2019 | 1206999 | $371.94 | $0.00 | $371.94 | 10/07/2019 |
| 003-0 | COMMUNITY BANK | | 08/07/2019 | 1205599 | $189.94 | $0.00 | $189.94 | 08/16/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 003-0 | COMMUNITY BANK | | 07/11/2019 | 1204205 | $66.95 | $0.00 | $66.95 | 07/19/2019 |

|  |  |  | Sub-totals: | $3,495.00 | $0.00 | $3,495.00 |
|---|---|---|---|---|---|---|
|  |  |  | Grand Total: | $3,495.00 | $0.00 | |