# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Janet Pisa a/k/a Elizabeth J. Pisa, a/k/a Elizabeth Pisa<br>James Eugene Pisa a/k/a James E. Pisa, a/k/a James Pisa<br>Debtor(s) | BK NO. 18-04767MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CSMC 2022-JR1 Trust and index same on the master mailing list.

Respectfully submitted,

**/s/ Michael P. Farrington, Esquire**
Michael P. Farrington, Esquire
Attorney I.D. No. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfarrington@kmllawgroup.com