United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>James Eugene Pisa<br>Elizabeth Janet Pisa<br>    Debtors | Case No. 18-04767-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Mar 08, 2023 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Eugene Pisa, Elizabeth Janet Pisa, 200 Carter St., Old Forge, PA 18518-2123 |
| aty | + | Community Bank, N.A. c/o James T. Shoemaker, Esqui, 600 Third Avenue, Kingston, PA 18704-5815 |
| 5129567 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5129572 | + | Community Bank, N.A., 45-49 Court Street, P.O. Box 509, Canton, NY 13617-0509 |
| 5129575 | + | Domiano Eye Care, 189 N. Main St., Old Forge, PA 18518-1755 |
| 5129584 | + | Lackawanna County Tax Claim Bureau, 135 Jefferson Ave., Scranton, PA 18503-1716 |
| 5129585 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5129587 | #+ | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Mar 08 2023 23:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5152091 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 08 2023 18:38:00 | ABS REO Trust V, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5148208 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 08 2023 18:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5137644 | | EDI: PHINAMERI.COM | Mar 08 2023 23:45:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5129565 | + | Email/Text: mnapoletano@ars-llc.biz | Mar 08 2023 18:38:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5129566 | + | Email/Text: backoffice@affirm.com | Mar 08 2023 18:38:00 | Affirm, Inc., 650 California St., Fl 12, San Francisco, CA 94108-2716 |
| 5129568 | + | EDI: CAPITALONE.COM | Mar 08 2023 23:45:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5145253 | | EDI: CAPITALONE.COM | Mar 08 2023 23:45:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5150060 | | Email/PDF: bncnotices@becket-lee.com | Mar 08 2023 18:54:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5129569 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2023 18:38:00 | Cavalry Portfolio Services, 500 Summit Lake Dr. Ste 4A, Valhalla, NY 10595-2323 |
| 5130064 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2023 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| Recipient # | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| 5129570 | EDI: WFNNB.COM | Mar 08 2023 23:45:00 | Comenity Bank/Boscov's, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5129571 | EDI: WFNNB.COM | Mar 08 2023 23:45:00 | Comenity Bank/Gander Mountain, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5129573 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2023 18:53:23 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5129586 | + EDI: CITICORP.COM | Mar 08 2023 23:45:00 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5129574 | Email/PDF: DellBKNotifications@resurgent.com | Mar 08 2023 18:53:22 | Dell Financial Services, 12334 North IH 35, Austin, TX 78753 |
| 5152044 | EDI: Q3G.COM | Mar 08 2023 23:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5129577 | EDI: PHINAMERI.COM | Mar 08 2023 23:45:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 5129578 | + EDI: HFC.COM | Mar 08 2023 23:38:00 | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 5129579 | EDI: IRS.COM | Mar 08 2023 23:45:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5129582 | EDI: JEFFERSONCAP.COM | Mar 08 2023 23:45:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5129581 | EDI: JEFFERSONCAP.COM | Mar 08 2023 23:45:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302 |
| 5129583 | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2023 18:38:00 | Kohl's, P.O. Box 3004, Milwaukee, WI 53201-3004 |
| 5131900 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2023 18:53:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5129588 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2023 18:53:56 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5140485 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2023 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5129589 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2023 18:38:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 5129590 | + Email/Text: Bankruptcies@nragroup.com | Mar 08 2023 18:38:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5138137 | EDI: AGFINANCE.COM | Mar 08 2023 23:38:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5129591 | + EDI: AGFINANCE.COM | Mar 08 2023 23:38:00 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 5129592 | EDI: PRA.COM | Mar 08 2023 23:45:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5151452 | EDI: PRA.COM | Mar 08 2023 23:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5129627 | + EDI: RECOVERYCORP.COM | Mar 08 2023 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5149387 | EDI: Q3G.COM | Mar 08 2023 23:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5151218 | + Email/Text: bncmail@w-legal.com | Mar 08 2023 18:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA |

| Recip ID | Bypass | Notice Method / Time | Recipient |
|---|---|---|---|
| | | | 98121-3132 |
| 5129593 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Mar 08 2023 18:38:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5151228 | + | EDI: RMSC.COM Mar 08 2023 23:45:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5129594 | | EDI: RMSC.COM Mar 08 2023 23:45:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129595 | | EDI: RMSC.COM Mar 08 2023 23:45:00 | Synchrony Bank/CareCredit, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5060 |
| 5129596 | | EDI: RMSC.COM Mar 08 2023 23:45:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5152047 | + | Email/Text: bncmail@w-legal.com Mar 08 2023 18:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5129597 | + | EDI: WTRRNBANK.COM Mar 08 2023 23:45:00 | Target National Bank, c/o Target Credit Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 5129598 | + | EDI: VERIZONCOMB.COM Mar 08 2023 23:38:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5143003 | | Community Bank, N.A., c/o James T. Shoemaker, Esqu |
| 5135936 | | Community Bank, NA, c/o James T. Shoemaker, Esquir |
| cr | * | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5129576 | *+ | Elizabeth Janet Pisa, 200 Carter St., Old Forge, PA 18518-2123 |
| 5129580 | *+ | James Eugene Pisa, 200 Carter St., Old Forge, PA 18518-2123 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Community Bank N.A. c/o James T. Shoemaker, Esquire jshoemaker@hkqpc.com |
| Michael Patrick Farrington | on behalf of Creditor ABS REO Trust V mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 James Eugene Pisa tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Elizabeth Janet Pisa tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Eugene Pisa<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1806<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elizabeth Janet Pisa<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0997<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-04767-MJC | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Eugene Pisa
aka James E. Pisa, aka James Pisa

Elizabeth Janet Pisa
aka Elizabeth J. Pisa, aka Elizabeth Pisa

**By the court:**

3/8/23

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W          **Chapter 13 Discharge**          page 2