United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04767-MJC |
| James Eugene Pisa | Chapter 13 |
| Elizabeth Janet Pisa | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 23, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Eugene Pisa, Elizabeth Janet Pisa, 200 Carter St., Old Forge, PA 18518-2123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Community Bank N.A. c/o James T. Shoemaker, Esquire jshoemaker@hkqpc.com |
| Michael Patrick Farrington | on behalf of Creditor CSMC 2022-JR1 Trust mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor ABS REO Trust V mfarrington@kmllawgroup.com |
| Tullio DeLuca | |

| | |
|---|---|
| Tullio DeLuca | on behalf of Debtor 1 James Eugene Pisa tullio.deluca@verizon.net |
| | on behalf of Debtor 2 Elizabeth Janet Pisa tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Eugene Pisa,<br>aka James E. Pisa, aka James Pisa, | Chapter 13 |
| **Debtor 1** | Case No. 5:18−bk−04767−MJC |
| Elizabeth Janet Pisa,<br>aka Elizabeth J. Pisa, aka Elizabeth Pisa, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−1806    xxx−xx−0997

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 23, 2023

**fnldec** (01/22)